■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID GRACZYK, Appellant. [621 NYS2d 1005] —Judgment unani-

mously affirmed. Memorandum: The contention of defendant that his sentence is unduly harsh or excessive does not survive the voluntary, knowing and intelligent waiver of his right to appeal *(see, People v Allen,* 82 NY2d 761; *People v Saunders,* 190 AD2d 1092, *lv denied* 81 NY2d 1019).

The further contention of defendant that his sentence should be modified because he was under the impression that he would receive a maximum term of 25 to 50 years imprisonment is without merit. The record establishes that the court repeatedly refused to commit to a promised sentence. Moreover, defendant's sentence will be reduced by operation of law to the statutory maximum *(see,* Penal Law § 70.30 [1] [c] [iii]). The statutory calculation will be made by the Department of Correctional Services *(see, People v Beaufort-Cutner,* 190 AD2d 992, 994, *lv denied* 81 NY2d 1011; *People v Bachman,* 158 AD2d 930, *lv denied* 75 NY2d 963).

Defendant's remaining contention is without merit. (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.— Sodomy, 1st Degree.) Present—Denman, P. J., Green, Balio, Callahan and Boehm, JJ.